Corrected February 24, 2023

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 17, 2023

Lyle W. Cayce
Clerk

No. 17-20545

Environment Texas Citizen Lobby, Incorporated; Sierra Club,

*Plaintiffs—Appellees*,

*versus*

ExxonMobil Corporation; ExxonMobil Chemical Company; ExxonMobil Refining & Supply Company,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:10-CV-4969

ON PETITION FOR REHEARING EN BANC

(Opinion July 29, 2020, 5 Cir., 2020, 968 F.3d 357)
(Opinion August 30, 2022, 5 Cir., 2022, 47 F.4th 408)

Before Richman, *Chief Judge*, and Jones, Smith, Stewart, Elrod, Southwick, Haynes, Graves, Higginson, Willett, Ho, Duncan, Engelhardt, Oldham, Wilson, and Douglas, *Circuit Judges*.

Per Curiam:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs. Pursuant to 5th Circuit Rule 41.3, the panel opinions in this case dated July 29, 2020, and August 30, 2022, are VACATED.